Joseph Howard **THORSTAD**, Appellant, v. **UNITED STATES** of America.

No. 12487.

Circuit Court of Appeals, Eighth Circuit.

March 3, 1943.

Leonard J. Hanson, of Minneapolis, Minn., for appellant.

Victor E. Anderson, U. S. Atty., and James J. Giblin, Asst. U. S. Atty., both of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation.

Benjamin A. **TOTTEN**, Appellant, v. **UNITED STATES** of America.

No. 12352.

Circuit Court of Appeals, Eighth Circuit.

May 10, 1943.

Forest W. Hanna, of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Richard K. Phelps, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Cause remanded with authority to District Court in its discretion to set aside judgment and resentence appellant, etc., on motion of appellant and consent of appellee.

Otto J. **TRAUTWEIN**, Petitioner, v. Samuel S. **MANDEL**, Trustee in Bankruptcy of the Estate of William L. Layton.

No. 12515.

Circuit Court of Appeals, Eighth Circuit.

March 3, 1943.

John V. Lee, of St. Louis, Mo., for petitioner.

Clyde W. Wagner, of St. Louis, Mo., for respondent.

PER CURIAM.

Petition for allowance of second appeal denied.

**UNITED STATES** of America, Appellant, v. Della C. **SCHALK** et al.

No. 12615.

Circuit Court of Appeals, Eighth Circuit.

May 14, 1943.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and M. Walker Cooper, Sp. Asst. U. S. Atty., of Bloomfield, Mo., for appellant.

Hall & Dame and Louis J. Brooks, Jr., all of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties.